UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| RONNIE VALENTINE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 3:10-cv-03076-CLS |
| | ) |
| TERRY WOODS, et al., | ) |
| | ) |
|     Defendants. | ) |

**MEMORANDUM OPINION**

On December 6, 2011, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either the plaintiff or the defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge and ACCEPTS his recommendations that the motion to dismiss by defendant Terry Woods (Doc. 15) and the motion to dismiss by defendants Ronnie Willis and Junior Witt (Doc. 14) be GRANTED as to plaintiff's claims pursuant to 42 U.S.C. § 1983 and that these claims be DISMISSED with prejudice, and that the court DECLINE to exercise supplemental jurisdiction over plaintiff's state law assault and

battery claims against defendant Terry Woods and that such claims be DISMISSED without prejudice.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 30th day of December, 2011.

_____
United States District Judge